UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREGORY HARLEY,

           Plaintiff,

v.

VERIZON WASHINGTON, D.C. INC.,

           Defendant.

Case No. 20-cv-857 (JMC)

**ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion for summary judgment, ECF 24, is **GRANTED**.

The Clerk of Court shall terminate this case.

This is a final appealable order.

_____
JIA M. COBB
United States District Judge

Date: September 29, 2025

1